[12 NYS3d 277]

In the Matter of DEAN GARY WEBER, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner.

Second Department, July 1, 2015

**[Opinion previously reported at this citation has been recalled and vacated and an opinion and order substituted, see — AD3d —, 2015 NY Slip Op 07674 (2015).]**